Argued July 25, affirmed as modified September 4, 1979

In the Matter of the Marriage of
LEHR,
*Appellant,*
*and*
LEHR,
*Respondent.*
(No. D7801-01117, CA 13539)
599 P2d 474

Argued and submitted July 25, 1979.

C. Rodney Kirkpatrick, Portland, argued the cause for appellant. With him on the brief was Kirkpatrick & Howe, Portland.

John F. Tollefsen, Portland, waived appearance for respondent.

Before Schwab, Chief Judge, and Lee, Gillette and Campbell, Judges.

LEE, J.

**LEE, J.**

In this dissolution of a ten-year marriage, the sole issue is the division of the marital assets. The evidence showed that the personal property[1] was worth approximately $28,000 and that the family home had a net worth of like amount. Husband received the bulk of the personal property and the home, subject to a lien on the home in favor of the wife in the sum of $12,500 payable not later than August 1, 1981. Both parties were ordered to pay certain debts incurred prior to separation. Husband was ordered to pay $40 per month child support. The wife contends that the property division was inequitable. During opening statements, counsel for both parties had suggested that the property be "divided 50-50" and wife asked for child support under a proposed split custody of the two children.

We do not think that the trial court's award to the wife was sufficient. *McCoy and McCoy,* 28 Or App 919, 927-28, 562 P2d 207 (1977). We modify the decree by increasing wife's judgment lien against the home to $20,000. In all other respects, the trial court decree is affirmed.

Affirmed as modified. Costs to appellant.

---

[1] The personal property *inter alia* included a jet boat, shares in a closely held family corporation and certain retirement funds, as well as an antique car together with equipment for restoring vintage cars.